IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RUSSELL EUGENE EPSTEIN,        )<br>                               )<br>    Plaintiff,               )<br>                               )<br>    v.                         )<br>                               )<br>JEFFERSON DUNN,                )<br>Commissioner of the            )<br>Alabama Department of          )<br>Corrections, et al.,           )<br>                               )<br>    Defendants.                ) | CIVIL ACTION NO.<br>2:17cv536-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about defendants failure to protect him from inmate attacks. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to pay the initial filing fee. There are no objections to the recommendation. After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of November, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE